UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY JAMES, ET AL.                          CIVIL ACTION

VERSUS                                         NO: 11-2610

HANOVER INSURANCE COMPANY                      SECTION: R(2)

### ORDER AND REASONS

Before the Court is plaintiffs Gregory James and Aurora James's motion to stay.[1]  On March 30, 2012, the Louisiana Supreme Court granted a writ application in *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-C-2385, and *Quinn, et al. v. Louisiana Citizens Property Ins. Corp.*, No. 2012-C-0152.  These cases address the issue of whether filing class action lawsuits suspends the running of prescription against insureds who file individual lawsuits before a class certification determination is made.  Because this prescription issue could be dispositive in this matter, the Court GRANTS plaintiffs' motion.

Accordingly, IT IS ORDERED that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending final disposition of *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-C-2385, and *Quinn, et al. v. Louisiana Citizens Property Ins. Corp.*, No. 2012-C-0152.

New Orleans, Louisiana, this 21st day of May, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 10.